IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VICENTE SANCIVERI CERVANTES,   :

    Petitioner,    :
                              CIVIL ACTION 14-00090-WS-M
v.   :
                            CRIMINAL ACTION 10-00225-WS-M
UNITED STATES OF AMERICA,   :

    Respondent.   :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Vicente Sanciveri Cervantes.

DONE this 6th day of October, 2014.


                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE